UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
YVETTE MCCRAE,

        Plaintiff,

        v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
-------------------------------------------------------------X

**DECISION & ORDER**
21-CV-02386 (WFK)

**WILLIAM F. KUNTZ, II, United States District Judge:**

Plaintiff initiated this action by filing a complaint and request to proceed *in forma pauperis* on April 29, 2021 in the United States District Court for the Eastern District of New York.

Upon review of Plaintiff's complaint and application to proceed *in forma pauperis*, it is hereby

ORDERED that Plaintiff is granted leave to proceed without being required to prepay fees or costs, or give security therefor; and it is further hereby

ORDERED that the Clerk of this Court shall forward to the United States Marshal's Office for the Eastern District of New York copies of Plaintiff's summons and complaint. The Marshal is directed to serve the summons and complaint upon the Defendant without prepayment of fees.

The parties are directed to adhere to the following procedures for expediting the disposition of Social Security cases:

(1)     Defendant shall obtain and serve upon the Plaintiff the administrative record of the proceedings, along with its answer, within ninety (90) days of commencement of this action. If Defendant is unable to file the record by that date, then Defendant shall notify the court in writing by that date. Such notification must

      include a request for an extension that specifies a date and demonstrates the good cause for the extension, including the date the administrative record was requested, whether or not it has been received, and the most recent efforts made to obtain it.

(2)     Defendant shall move for judgment on the pleadings, unless otherwise directed by the Court, within sixty (60) days by service of motion papers upon Plaintiff. If this is not possible, the Court shall be notified in writing by that date. Such notification shall include a request for an extension that specifies a date and demonstrates good cause for the extension.

(3)     Plaintiff's response papers shall be served upon Defendant within thirty (30) days thereafter. If this is not possible, the Court shall be notified in writing by that date. Such notification shall include a request for an extension that specifies a date and demonstrates good cause for the extension.

(4)     Within fifteen (15) days of receipt of Plaintiff's response, Defendant shall serve its reply on Plaintiff, and will also file the entire set of motion papers and the administrative record with the Court.

Service of a copy of this Order shall be made by the Clerk of this Court by forwarding a copy hereof to the pro se Plaintiff by regular mail.

                                                                                         **SO ORDERED.**

                                                                               s/WFK

                                                                _____
                                                                HON. WILLIAM F. KUNTZ, II
                                                                UNITED STATES DISTRICT JUDGE

Dated: August 31, 2021
       Brooklyn, NY